PER CURIAM.
Affirmed. See Nodar v. Galbreath, 462 So.2d 803 (Fla.1984); Hay v. Independent Newspapers, Inc., 450 So.2d 293 (Fla. 2d DCA 1984); Genet Co. v. Annheuser-Busch, Inc., 498 So.2d 683 (Fla. 3d DCA 1986); Metropolitan Life Ins. Co. v. *819 McCarson, 467 So.2d 277 (Fla.1985); Hohenberg v. Kirstein, 349 So.2d 765 (Fla. 3d DCA 1977); Xamnad, Inc. v. Patio Cafe, Inc., 486 So.2d 699 (Fla. 4th DCA 1986).